**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00737-REB-KMT

DR. GEORGIA HICKS, and
MS. TING-TING CHAN-BURFORD,

    Plaintiffs,

v.

COMMUNITY EDUCATION CENTERS, INC., d/b/a CHEYENNE MOUNTAIN
RE-ENTRY CENTER,

    Defendant.

## ORDER OF RECUSAL

**Blackburn, J.**

    This matter is before me *sua sponte*. I conclude that I must recuse myself from this case.

    As a general rule, recusal is required when "a reasonable person armed with the relevant facts would harbor doubts about the judge's impartiality." ***Maez v. Mountain States Telephone & Telegraph, Inc.***, 54 F.3d 1488, 1508 (10th Cir. 1995). Pursuant to 28 U.S.C. § 455, a judge should recuse himself from a case when his participation in the case creates an appearance of impropriety. ***See United States v. Pearson***, 203 F.3d 1243, 1264 (10th Cir. 2000). However, a "judge should not recuse himself on unsupported, irrational, or highly tenuous speculation." ***Hinman v. Rogers***, 831 F.2d 937, 939 (10th Cir. 1987).

    A member of my personal chambers staff is acquainted closely with Susan Strebel Sperber, an attorney with the law firm of Rothgerber Johnson & Lyons,

LLP-Denver, who has entered an appearance on behalf of plaintiff.  Given these circumstances, I conclude that I should recuse myself from this case in an effort to avoid any appearance of impropriety.

**THEREFORE, IT IS ORDERED** as follows:

    1.  That under 28 U.S.C. § 455(a), I recuse myself from this case; and

    2.  That this case shall be reassigned pursuant to D.C.COLO.LCivR 40.1.

Dated May 9, 2012, at Denver, Colorado.

                                    **BY THE COURT:**

                                    */s/ Bob Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge