**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 12-cv-0737-WJM-KMT

DR. GEORGIA HICKS, and
TING-TING CHANG-BURFORD,

    Plaintiffs,

v.

COMMUNITY EDUCATION CENTERS, INC., d/b/a CHEYENNE MOUNTAIN RE-ENTRY CENTER

    Defendant.

---

**ORDER GRANTING JOINT STIPULATED MOTION TO DISMISS**

---

This matter comes before the Court on the Parties' Joint Stipulated Motion to Dismiss filed November 4, 2013 (ECF No. 46).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Joint Stipulated Motion to Dismiss is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay her or its own attorney's fees and costs.

Dated this 4th day of November, 2013.

                                        BY THE COURT:

                                        William J. Martínez
                                        United States District Judge